# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL AGUILAR, an individual; and MARIA DOLORES HERNANDEZ, an individual,<br><br>                                    Plaintiffs,<br>     vs.<br><br>CABRILLO MORTGAGE; GMAC MORTGAGE; SBMC MORTGAGE; ETS SERVICES, LLC; and SELECT PORTFOLIO SERVICING, INC.,<br><br>                                    Defendants. | CASE NO. 09-CV-1799 - IEG (AJB)<br><br>DENYING AS MOOT MOTION TO DISMISS<br><br>[Doc. No. 4] |

Currently before the Court is Defendant Select Portfolio Servicing, Inc.'s Motion to Dismiss pursuant to Rule 12(b)(6), filed on November 18, 2009 and scheduled for hearing on December 21, 2009. [Doc. No. 4]. On December 7, 2009, Plaintiffs filed their First Amended Complaint. [Doc. No. 5]. Because this is Plaintiffs' first amendment of their complaint, and because it was filed within "21 days after service of a motion under Rule 12(b)," Plaintiffs are entitled to amend "as a matter of course." See FED. R. CIV. P. 15(a)(1)(B). Accordingly, the Court **DENIES AS MOOT** Defendant's Motion to Dismiss and **VACATES** the hearing on Monday, December 21, 2009.

**IT IS SO ORDERED.**

DATED: December 9, 2009

*Irma E. Gonzalez*
IRMA E. GONZALEZ, Chief Judge
United States District Court